UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:12-cv-03297 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) ) | Judge Jorge L. Alonso<br>Magistrate Judge Young B. Kim |
| vs. | ) ) | |
| ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1016898_1

1. Lead Plaintiffs The Government of Bermuda Contributory and Public Service Superannuation Pension Plans and the International Brotherhood of Electrical Workers Local Union 38 Pension Fund hereby move the Court for entry of an Order: (1) preliminarily approving the Settlement Agreement dated April 1, 2015; (2) certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the settlement to Class Members; and (4) scheduling a final Settlement Hearing.

2. This motion is based upon the Settlement Agreement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiffs request that the Court enter the Notice Order, a copy of which is attached hereto.

DATED: April 2, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)


s/ James E. Barz
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SUSANNAH R. CONN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

- 2 -

1016898_1

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2015.

s/ James E. Barz
JAMES E. BARZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

E-mail: Jbarz@rgrdlaw.com

1016898_1

# Mailing Information for a Case 1:12-cv-03297 Bristol County Retirement System v. Allscripts Healthcare Solutions, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel A. Avan**
  ravan@labaton.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Walter C. Carlson**
  wcarlson@sidley.com,emaassen@sidley.com,efilingnotice@sidley.com,jplatt@sidley.com

- **Susannah R. Conn**
  sconn@rgrdlaw.com

- **James Wallace Ducayet**
  jducayet@sidley.com,efilingnotice@sidley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Christopher J. Keller**
  ckeller@labaton.com,mrusso@labaton.com,efarber@labaton.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Zachary Allen Madonia**
  zmadonia@sidley.com,efilingnotice@sidley.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,tcraig@rgrdlaw.com

- **Dominic J. Rizzi**
  drizzi@caffertyclobes.com,csanchez@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **Michael W. Stocker**
  mstocker@labaton.com,drogers@labaton.com,lmehringer@labaton.com,electroniccasefiling@labaton.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`