UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., et al.,<br><br>  Defendants. | No. 1:12-cv-03297<br><br><u>CLASS ACTION</u><br><br>Judge Jorge L. Alonso<br>Magistrate Judge Young B. Kim |

LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1016901_1

PLEASE TAKE NOTICE that on April 9, 2015, at 9:30 a.m. or such other date and time set by the Court, counsel for Lead Plaintiffs shall appear before the Honorable Jorge L. Alonso in Courtroom 1700 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the following documents:

*Settlement Agreement*

*Order Preliminarily Approving Settlement and Providing for Notice*

*Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement*

*Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement*

which were filed and served on April 2, 2015.

DATED: April 2, 2015
ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)


s/ James E. Barz
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

- 1 -

1016901_1

- 2 -

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SUSANNAH R. CONN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

- 2 -

1016901_1

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2015.

            s/ James E. Barz
            JAMES E. BARZ

            ROBBINS GELLER RUDMAN
              & DOWD LLP
            200 South Wacker Drive, 31st Floor
            Chicago, IL 60606
            Telephone: 312/674-4674
            312/674-4676 (fax)

            E-mail: Jbarz@rgrdlaw.com

1016901_1

# Mailing Information for a Case 1:12-cv-03297 Bristol County Retirement System v. Allscripts Healthcare Solutions, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel A. Avan**
  ravan@labaton.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Walter C. Carlson**
  wcarlson@sidley.com,emaassen@sidley.com,efilingnotice@sidley.com,jplatt@sidley.com

- **Susannah R. Conn**
  sconn@rgrdlaw.com

- **James Wallace Ducayet**
  jducayet@sidley.com,efilingnotice@sidley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Christopher J. Keller**
  ckeller@labaton.com,mrusso@labaton.com,efarber@labaton.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Zachary Allen Madonia**
  zmadonia@sidley.com,efilingnotice@sidley.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,tcraig@rgrdlaw.com

- **Dominic J. Rizzi**
  drizzi@caffertyclobes.com,csanchez@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **Michael W. Stocker**
  mstocker@labaton.com,drogers@labaton.com,lmehringer@labaton.com,electroniccasefiling@labaton.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`